SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

TYRONE D. McLAUGHLIN

          Plaintiff,

   -against-

P.O. JOSEPH BROWN #598; P.O. JOHN KELLY #594; P.O. RONY CHARLES #595; SHERIFF ROBERT VLASTELICA #446,

          Defendants.
------------------------------------------------X

**Civil Judgment**

08 Civ. 3648 (KMW)

U.S. DISTRICT COURT FILED JUL 0 7 2008 S.D. OF N.Y.

    By order dated April 16, 2008, plaintiff was directed to file an amended complaint with this Court within 60 days. Since plaintiff has failed to file an amended complaint or otherwise prosecute this action it is,

    ORDERED, ADJUDGED AND DECREED: That the complaint is dismissed. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.

    SO ORDERED.

Dated: JUL 0 7 2008
       New York, New York

_____
KIMBA M. WOOD
Chief Judge

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.